STATE OF NEW JERSEY v. JAMES NEGVESKY.

May 30, 1989.

Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF C.B.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MCPARTLAND.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MASTERS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL RAE GREGORY.

May 30, 1989.

Petition for certification denied.